DENNIS K. BURKE
United States Attorney
District of Arizona

ANN E. HARWOOD
Assistant U.S. Attorney
Arizona State Bar No. 12740
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Facsimile: (602) 514-7760
Email: Ann.Harwood@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Renee Pittman Mitchell,<br><br>  Plaintiff,<br><br>  v.<br><br>National Security Agency, Department of Homeland Security, Department of Justice, Los Angeles Police Department, Scottsdale Police Department, Unknown Parties, Anaheim Police Department, Signal Hill Police Department, Oakland Police Department, Glendale Police Department,<br><br>  Defendants. | CIV-09-01659-PHX-JAT<br><br>**RESPONSE TO MOTION REQUESTING TEMPORARY RESTRAINING ORDER** |

The United States, on behalf of Federal Defendants "National Security Agency/Central Security Agency, Department of Homeland Security, Department of Justice (Federal Bureau of Investigation and / Drug Enforcement Agencies of California and Arizona", and "NSA/CSS, Dept. of Homeland Security. FBI, DEA" [1] [hereinafter "Federal Defendants"] submits this Response to Motion Requesting Temporary Restraining Order. The allegations Plaintiff states

---

[1] Plaintiff has named the National Security Agency/Central Security Agency, Department of Homeland Security, Department of Justice (Federal Bureau of Investigation and / Drug Enforcement Agencies of California and Arizona", and "NSA/CSS, Dept. of Homeland Security. FBI, DEA" as the Defendants in this matter. As set forth in 28 U.S.C. § 2679(a), federal agencies may not be sued *eo nomine* and, assuming Plaintiff is attempting to bring an action under 28 U.S.C. § 1346(b), the United States would be the proper party defendant. For purposes of this motion, references to the United States are intended to address the claims asserted against the National Security Agency/Central Security Agency, Department of Homeland Security, Department of Justice (Federal Bureau of Investigation and / Drug Enforcement Agencies of California and Arizona)", and "NSA/CSS, Dept. of Homeland Security. FBI, DEA".

in her Motion Requesting Temporary Restraining Order regarding the DEA are very similar to those alleged in her Complaint with respect to all Federal Defendants. The Federal Defendants filed a Motion to Dismiss on October 9, 2009 (dk# 43) which is incorporated by this reference. If the Court deems that additional briefing on Plaintiff's motion is necessary, the Federal Defendants will submit additional briefing. Defendant requests that Plaintiff's Motion to Request a Temporary Restraining Order be denied for the reasons stated in its Motion to Dismiss.

Respectfully submitted this 21st day of October, 2009.

DENNIS K. BURKE
United States Attorney
District of Arizona

*s/ Ann E. Harwood*

ANN E. HARWOOD
Assistant U.S. Attorney

## **CERTIFICATION**

I hereby certify that on October 21, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and I served the attached document by mail on the following who is not a registered participant of the CM-ECF System:

Renee Pittman Mitchell, Pro se
8450 N. 67th Avenue, Apartment 1078
Glendale, Arizona 85302

*s/ Ann E. Harwood*
_____