IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

RE: CV-09-1659-PHX-JAT

FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 2 2 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Z  DEPUTY

## NOTICE REGARDING DEA STATEMENT

Yesterday, October 21, 2009, I phoned the Drug Enforcement Agency Duty Officer. I told him that I was calling to find out if he could give me any information why they are continuing to harass and terrorize me. After I identified myself someone said to him "That's her" the Duty Officer then angrily said that I needed to check with the FBI that they are not investigating me. This is similar to what was told to me while I lived in Signal Hill, California and called the DEA repeatedly, as they would locate themselves in my bathroom every morning just prior to me taking a shower, to protest. I had called to speak with the Public Defender, Milo Iniguez, just prior to calling them. Mr. Iniquez told me previously that he would consider going over to the DEA Headquarters and speaking with their counsel on my behalf if it would help the case in the Superior Court of Arizona. The case in the Superior Court of Arizona, I believe wholeheartedly, was manipulated by the DEA due to their inability to charge me with anything and is mentioned in the original complaint. I left a message on Mr. Iniquez's voice mail and the people listening by wiretap said, "She wants to come over here, she's not scared at all." They have said this before in the background of my line as I have attempted to speak with the Special Agent in Charge of the DEA and another call trying to get the name of their Counsel and was told by their Counsel that she could not speak with me at all or without an attorney present. In the background of my cell phone, they have made comments indicating that they do not want me to come to their headquarters in a threatening manner.

I believe that a face to face meeting, during which time they will have to justify their presence in my life is something they just do not want and may be the reason for the Duty Officer directing me towards the FBI who may or may not be involved. Why would the FBI find it necessary to watch me 24 hours a day, 7 days a week? I believe that the DEA said that I needed to contact the FBI in an effort to try and steer me away from my adamant desire to meet with their counsel or them in an attempt in bringing this supposed covert situation into the open and getting a resolution. I continue to seek relief from the personal intrusiveness.

Respectfully Submitted,

*Renee Pittman Mitchell*, 10/22/09
Renee Pittman Mitchell, Plaintiff