

RENEE PITTMAN MITCHELL
8450 N. 67th Avenue, Apartment 1078
Glendale, Arizona  85302

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

RENEE PITTMAN MITCHELL

        Plaintiff,        **<u>CIVIL ACTION NO. CV-09-1659-PHX-JAT</u>**

Vs.

National Security Agency / Central Security Service;
Department of Homeland Security;
Department of Justice (Federal Bureau of Investigation and Drug
Enforcement Agencies of California and Arizona);
Anaheim California Police Department;
Los Angeles California Police Department;
Signal Hill California Police Department;
Scottsdale Arizona Police Department;
Oakland California Police Department;
Glendale Arizona Police Departments;

and UNKNOWN OFFICIALS in their official capacities at the: NSA / CSS, Department
of Homeland Security, FBI, DEA and local police departments,

        Defendants.

## RESPONSE TO MOTION TO DISMISS
## MOTION REQUESTING TEMPORARY RESTRAINING ORDER

1. It is with my deepest regret the I do not have the legal expertise and know how to

effectively challenge this case in the depth that obviously is required and necessary and

that my complaint and efforts are viewed as inadequate, deranged and ridiculed by the

Defendant's Counsel and as a result of this, and as shown through the several Motions to

Dismiss for various reasons by the Defendant's Counsel, I am fearful with the realization

that I quite possibly will continue to be victimized, violated, harassed and terrorized if a Temporary Restraining Order is not granted which impacts me severely and without a doubt painfully and detrimentally.

2. The U.S. Attorney quoted "I was relieving myself…" in reference to my original claims regarding my pain and trauma at being violated within the privacy of my bathroom with no respect for me as a woman, mother, daughter and human being among other things.  I realized the risk of including this embarrassing statement when I wrote it and felt secure based on the level of intelligence of the people reading it.   I felt it completely necessary in showing the disgraceful level and magnitude of the personal intrusiveness I am experiencing and why the surveillance centered inside my bathroom for a great length of time, not to mention, following me throughout the day with harassing and terrorizing comments from which I am requesting the Temporary Restraining Order's relief from.   I did not expect that this statement, specifically, would be plucked from the Complaint and highlighted aside from the many, many other statements of deeper relevancy, magnified, and appearing to be used to shed me in a ridiculous light.

3.  I regret that I am not adept at looking for similar legal decisions that would serve as comparisons or examples of similar situations where there were positive rulings of cases similar to my situation to my advantage for the Court to ponder or that would assist the Court in making a determination favorable in which a Temporary Restraining Order is granted under my unique set of circumstances.  I am simply an average U.S. Citizen with heartfelt belief that I am being mistreated and victimized to the highest degree with

courage and determination and extremely motivated by that fact alone to seek justice for myself.

4. It is with this regret and realization of my inadequacy that I beseech the Court to consider the Temporary Restraining Order as valid in and of itself. If I were an experienced attorney, perhaps, I would have prepared my Complaint based on my experience, my education, and knowledge of prevailing legal procedures, laws, statues and legal decisions, etc., of similar situations and rulings and not a desperate cry for help and pleading for relief. It is my understanding that the "Filing a Complaint on your Behalf" by the United States District Court of Arizona process was originated for the reason of giving people, like myself, an opportunity to seek justice and relief through the Court with the Court's realization that the most people do not have the legal expertise and would need an avenue for seeking help. I applaud the compassion behind the intent of this filing process and the Court's desire to assist people like myself.

5. It is my strong, unwavering belief that if this case is dismissed as meritless, frivolous, based on my lack of knowledge of procedure or due process or expertise or the Defendant's Counsel's interpretation of my mental capacity in pursuing this Complaint with regard specifically to my inexperience as shown, the violations of me will continue and quite possibly amplify. If my Complaint is not even considered based on the whole picture and theme of the Complaint, it will plainly and obviously give the Defendants, specifically the Drug Enforcement Agency (The DEA has now passed the buck to the FBI as a result of me wanting to meet with them face to face) or Federal Bureau of

Investigation if applicable a green light to continue their unjustified pursuit of me and continue to without restraint violate and victimize me in such a vile degrading personal manner.

6. I have repeatedly ask that if any agency is capable of making charges against me, do so, or leave me alone. That has been over the past 2 years. With their obvious inability to do so, they have now approached the Department of Veterans Affairs here in Arizona with their bogus claims stating that I am intelligent enough to fight for justice for myself by filing a complaint on my own behalf and thereby a fake. I was motivated by their verbally expressing this thought to use my filing as a pawn against me as an insignificant reason to file my claim with other powerful reasons as my main motivation. I have nothing to hide. This is yet another example of why a Temporary Restraining Order is necessary as they insult my integrity and hurt me and try to bring about results that they are unable to attain on their own and have no jurisdiction over which are beyond a shadow of doubt motivated by vindictiveness. They have been told previously by the Department of Veterans Affairs in California that their accusations have no grounds. This is yet another example of their malicious intent regarding me.

7. I throw myself on the mercy of the Court and beseech the Court to consider my Motion Requesting a Temporary Restraining Order in lieu of any other reasons except the personal intrusiveness. I stand by the fact that the Discovery process will reveal the dominant theme of my complaint which is based on the personal intrusiveness and approved use of the technology as directed at me.

4

8. I further ask the Court to consider the now unfair disadvantage which a Temporary Restraining Order would remedy.  There is nothing written to the Court that that is not view beforehand by their use of the technology inside my residence as I type Court documents on my laptop for submission to the Court.  The scales of justice are not tilted in my favor as a result of their previous viewing of all legal documents as they are typed as these individual blatantly disregard of my rights.


Restfully submitted,


_Renée Pittman-Mitchell_                          _10/23/09_
Plaintiff