CV-09-1659-PHX-JAT

### NOTICE TO THE COURT REGARDING THE COURT'S LACK OF CONCERN

FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 2 5 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Z DEPUTY

It was suggested to me after writing the District Court in California, just prior to my filing my complaint on August 12, 2009, about the heinous, degrading manner that the FBI/DEA are handling their pursuit of me that I file a complaint here in Arizona as this is where I reside although it is obvious that I am still being targeted out of California also. However, as I write these very words, I have gotten no relief from the continue blatant disregard of me as a woman, mother, and human being and citizen of this Country. My Motions have been dismissed as basically ludicrous and amateur as I now wait patiently for the whole case to be dismissed as a waste of my time, hopefulness and hopelessness. While I am in limbo, I am continually threatened, terrorized and harassed to such a malicious degree with continued covert psychological threats designed to incite fear and degrade that even I have difficulty in trying to comprehend the brevity of my pursuer's obvious hatred of me or pretense thereof. I have fought them by verbally assaulting them which has in turn only incensed these individual who have obviously little regard for me as a person and realized as they listen to all my phone calls, and read every document I type on my laptop, and invade my personal intimacy, etc., that no one would believe their heinous deeds and indisputable vindictive acts. This Court has done nothing and apparently as an African American female, my life appears to be of little consequence or value as I am targeted with threats using technology that the Attorney General, U.S. Attorney and our Government knows full well is in full usage and refuses to acknowledge that it was approved and is being used on me as I am continually targeted, taunted, degraded and humiliated literally around the clock. Psychological games are played with continued great effort at the pretense that my life is in danger and that I will not be around to see my children's children through explicit threat's regarding my death. I realized the unprofessional magnitude and level that the FBI/DEA are willing to go to in desperation to justified their continued presence as they post people around me as part of their silly, childish, elementary ineffective games believing me weak, and impressionable and easily frightened. They know that they have no justifiable reason for this pursuit and subsequent egregious conduct. The Department of Veterans Affairs does not co-sign their pursuit. Had it not been for the approval of the technology that they are using, they would never have been allowed to irresponsibly behave and act in the manner in which they are. By any other means it would be unlawful behavior however they continued on without restraint or reprimand with a high level of personal intrusiveness that is outrageous and disgraceful. When speaking with various attorney's around town they say that I was doomed from the beginning with the Honorable Judge James A. Teilborg believing that his rulings have consistently in the past been in favor of Government. However, the Arizona District Court has a procedure for "Filing a Complaint on Your Own Behalf which leads to the impressions that all will cases with be considerate in of itself. I do not know whether this is true or not regarding the Judge but I what I do know is that I have sought help and relief from a group of people who did not understand and

underestimated the level I am willing to go to fight and to expose their covert vicious behavior. Taunting on their part has gradually led to actual death threats from which I am seeking help with no relief insight and should anything happen to me my blood would be on the Court's hand as if it really cares one iota who instead of officially investigating whether my allegation are true apparently appears to totally disregard my claims. I have learned that it appears to be more convenient for all concerned to belief that I am deranged and am imagining this situation than to confront the personal intrusiveness the technology affords unscrupulous law enforcement personnel. It is just criminal the comments and antagonizing I live with daily. A representative of the District Court in California said that filing would mean that a Judge would actually look into this situation for fairness to all concerned. This was the reason for my filing the complaint realizing beforehand my inexperience, education and know how.

May God, ruler of the Universe, continue to watch over and protect me because it is obvious, that is where my strength and any help will come from!

Sincerely,

*Renee Pittman Mitchell*

Renee Pittman Mitchell
8450 N. 67th Avenue, #1078
Glendale, AZ  85302
(623) 329-0610