# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Renee Pittman Mitchell, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Plaintiff, | ) | CV 09-1659-PHX-JAT |
| | ) | |
| v. | ) | |
| | ) | |
| National Security Agency, et al., | ) | |
| | ) | |
| Defendants. | ) | |

___   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X    Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed December 18, 2009, granting Defendants Motion to Dismiss,  judgment is entered in favor of defendants and against plaintiff for lack of subject matter jurisdiction. Plaintiff to take nothing, and complaint and action are dismissed with prejudice.

RICHARD H. WEARE
District Court Executive/Clerk

December 18, 2009

 s/Kathy Gerchar
By: Deputy Clerk

cc: (all counsel)